# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MARCUS L. PEARSON,

    Plaintiff,

v.

RBP CHEMICAL TECHNOLOGY,

    Defendant.

Case No. 23-CV-1499-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant RBP Chemical Technology's motion to dismiss this case for failure to prosecute, ECF No. 24, be and the same hereby is **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

August 30, 2024      *s/ Jodi L. Malek*
Date      By: Deputy Clerk